## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

**Civil Action No.** 2:14-11827

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference.  Plaintiff(s) further show the court as follows:

1.  Female Plaintiff
    Christy L. Morris

2.  Plaintiff Husband
    William Morris

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)
    N/A

4.  State of Residence
    Oklahoma

5.  District Court and Division in which action is to be filed upon transfer from the MDL.
    United States District Court for the Northern District of Oklahoma

    Tulsa Division

6.  Defendants (Check Defendants against whom Complaint is made):

    ☑  A.  C. R. Bard, Inc. ("Bard")

    ☐  B.  Sofradim Production SAS ("Sofradim")

Revised: 11/6/13

☐     C. Tissue Science Laboratories Limited ("TSL")

☐     D. Ethicon, Inc.

☐     E. Ethicon, LLC

☐     F. Johnson & Johnson

☐     G. American Medical Systems, Inc. ("AMS")

☐     H. Boston Scientific Corporation

☐     I. Mentor Worldwide LLC

☐     J. Coloplast Corp.

☐     K. Cook Incorporated

☐     L. Cook Biotech, Inc.

☐     M. Cook Medical, Inc.

7.    Basis of Jurisdiction

☑     Diversity of Citizenship

8.

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    3, 6-8, 10

    b. Other allegations of jurisdiction and venue

9.   Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

☐   A.  The Align Urethral Support System;

☑   B.  The Align TO Urethral Support System;

☐   C.  The Avaulta Anterior BioSynthetic Support System;

☐   D.  The Avaulta Posterior BioSynthetic Support System;

☐   E.  The Avaulta Plus Anterior Support System;

☐   F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐   G.  The Avaulta Solo Anterior Synthetic Support System;

☐   H.  The Avaulta Solo Posterior Synthetic Support System;

☐   I.  The InnerLace BioUrethral Support System;

☐   J.  The Pelvicol Acellular Collagen Matrix;

☐   K.  The PelviLace BioUrethral Support System;

☐   L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐   M.  The PelviSoft Acellular Collagen BioMesh;

☐   N.  The Pelvitex Polypropylene Mesh;

☐   O.  The Uretex SUP Purbourethral Sling;

☐   P.  The Uretex TO Trans-obturator Urethral Support System;

☐   Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐   R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐   S.  Other

_____

_____

10.   Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐     A.  The Align Urethral Support System;

☑     B.  The Align TO Urethral Support System;

☐     C.  The Avaulta Anterior BioSynthetic Support System;

☐     D.  The Avaulta Posterior BioSynthetic Support System;

☐     E.  The Avaulta Plus Anterior Support System;

☐     F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐     G.  The Avaulta Solo Anterior Synthetic Support System;

☐     H.  The Avaulta Solo Posterior Synthetic Support System;

☐     I.  The InnerLace BioUrethral Support System;

☐     J.  The Pelvicol Acellular Collagen Matrix;

☐     K.  The PelviLace BioUrethral Support System;

☐     L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐     M.  The PelviSoft Acellular Collagen BioMesh;

☐     N.  The Pelvitex Polypropylene Mesh;

☐     O.  The Uretex SUP Purbourethral Sling;

☐     P.  The Uretex TO Trans-obturator Urethral Support System;

☐     Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐     R.  The Uretex TO3 Trans-obturator Urethral Support System.

☐     S.  Other

_____

_____

11.   Date of Implantation as to Each Product

September 22, 2010

_____

_____

12.   Hospital(s) where Plaintiff was implanted (including City and State)

Tulsa Spine & Specialty Hospital

Tulsa, Oklahoma

13.   Implanting Surgeon(s)

Cole Nilson, DO

_____

14.   Counts in the Master Complaint brought by Plaintiff(s)

☑   Count I

☑   Count II

☑   Count III

☑   Count IV

☑   Count V

☑   Count VI

☑   Count VII (by the Husband)

☑   Count VIII

☐   Other _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

5

_____

_____

_____

s/ _____
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Ethan L. Shaw
Texas Bar No. 18140480
Justin W. Fishback
Texas Bar No. 24056736

Shaw Cowart, LLP
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jfishback@shawcowart.com